UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MORRIS DAY,

        Plaintiff,

v.

RICKY TAYLOR, et al.,

        Defendants.

Case No. 20-cv-04245-JST

**ORDER OF DISMISSAL**

On June 25, 2020, plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. That same day, the Court informed plaintiff that this action was deficient because he had not paid the $400 filing fee or submitted a complete *in forma pauperis* application. ECF No. 2. Plaintiff was instructed to respond within twenty-eight days of the date of the order. ECF No. 2. The deadline has passed, and plaintiff has neither paid the filing fee nor submitted a completed *in forma pauperis* application. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain a complete *in forma pauperis* application, i.e., an application with the required certified copy of the plaintiff's inmate trust account statement for the last six months. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: August 12, 2020

                                          JON S. TIGAR
                                     United States District Judge